Rx Date/Time     NOV-02-2016(WED) 15:03     FISHER & FISHER LAW              P. 001
11/02/2016    14:41 FISHER & FISHER LAW                  (FAX)5708397675     P.001/002

Fax Server         11/2/2016 2:10:53 PM    PAGE    1/001    Fax Server

Certificate Number: 00301-PAM-DE-028299718

Bankruptcy Case Number: 15-82505


00301-PAM-DE-028299718

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 2, 2016</u>, at <u>2:03</u> o'clock <u>PM EDT</u>, <u>PERRY EDWARDS</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>November 2, 2016</u>         By:    <u>/s/Shabonda Burch</u>

                                       Name:  <u>Shabonda Burch</u>

                                       Title: <u>Certified Bankruptcy Counselor</u>

Rx Date/Time    NOV-02-2016(WED) 15:03       FISHER & FISHER LAW                P. 002
11/02/2016    14:41 FISHER & FISHER LAW                    (FAX)5708397675        P.002/002

Fax Server            11/2/2016 2:05:23 PM   PAGE   1/001    Fax Server

Certificate Number: 00301-PAM-DE-028299717

Bankruptcy Case Number: 15-02686



00301-PAM-DE-028299717

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2016, at 2:03 o'clock PM EDT, DONATILA EDWARDS completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 2, 2016            By:    /s/Shabonda Burch

                                  Name:  Shabonda Burch

                                  Title: Certified Bankruptcy Counselor